IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GUNNAR CARLSSON and RALPH L. COHEN,

Plaintiffs,

v.

GLENCOE/McGRAW-HILL, a division of THE McGRAW-HILL EDUCATION GROUP OF THE McGRAW-HILL COMPANIES, INC. and DOES 1-50, inclusive,

Defendants.

No. C 10-00323 WHA

**ORDER DENYING STIPULATED REQUEST TO EXTEND DEADLINES**

The parties are encouraged to settle their differences outside of court. That said, no extensions to court-ordered deadlines will be granted due to ongoing settlement efforts. As such, the stipulated request to continue the upcoming case management conference and extend the deadline to respond to the complaint by two months is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 15, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE