Duffy Carolan (CA State Bar No. 154988)
Michelle D. Fife (CA State Bar No. 240554)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: duffycarolan@dwt.com
michellefife@dwt.com

Attorneys for Defendant
THE MCGRAW-HILL COMPANIES, INC.

John L. Flegel (CA State Bar No. 57010
Dan K. Siegel (CA State Bar No. 160626
JORGENSON, SIEGEL,
McCLURE & FLEGEL, LLP
1100 Alma Street, Suite 210
Menlo Park, CA 94025
Telephne: (650) 324-9300
Facsimile: (650) 324-0227

Attorney for Plaintiffs
GUNNAR CARLSSON and RALPH L. COHEN

*E-Filed 03/23/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUNNAR CARLSSON and RALPH L. COHEN, <br><br> Plaintiff, <br><br> v. <br><br> GLENCOE/McGRAW-HILL, a division of THE McGRAW-HILL EDUCATION GROUP OF THE McGRAW-HILL COMPANIES, INC. and DOES 1-50, inclusive, <br><br> Defendants. | Case No. C 10 00323 RS <br><br> **STIPULATED REQUEST FOR ORDER CHANGING TIME; SUPPORTING DECLARATION AND ORDER THEREON** MODIFIED BY THE COURT <br> [Nor. Dist. Local Rule 6-2.] |

Pursuant to Local Rule 6-2, the parties hereby submit this stipulation for an order granting a 60

day continuance of the time for Defendant McGraw-Hill Companies, Inc., wrongly sued herein as

Glencoe/McGraw-Hill, a division of The McGraw-Hill Education Group of The McGraw-Hill Companies, Inc., to answer or otherwise response to the Complaint for Declaration of Rights; and an order staying the issuance of an initial case management conference and the Joint Case Management Conference Statement set to be filed by the March 18, 2010 Reassignment Order for 60 days. This joint request is made so that the parties can continue discussions in an attempt to resolve the matter short of court intervention and expense to both parties. To this end, McGraw-Hill has submitted to Plaintiff's counsel a settlement offer, which is presently being considered by Plaintiffs, and the parties have discussed submitting the dispute to private mediation in lieu of, or in addition to, the Court's ADR program. The parties agree that the best chance of success of resolving the matter under the circumstances is without the ongoing burden and expense of litigation. Under the stipulation, the time to answer or otherwise respond to the Complaint will be moved from March 30, 2010, set by stipulation, to May 25, 2010. This is the third stipulation for an extension of time to file an answer or response filed by the parties.

DATED: March 23, 2010                 DAVIS WRIGHT TREMAINE LLP

                                      By : /s/ Duffy Carolan
                                         Duffy Carolan
                                         Attorney for Defendant
                                         The McGraw-Hill Companies, Inc.

DATED: March 23, 2010                 JORGENSON, SIEGEL, McCLURE
                                      & FLEGEL, LLP

                                      By: /s/ John L. Flegel
                                         John L. Flegel
                                         Attorney for Plaintiffs
                                         GUNNAR CARLSSON and
                                         RALPH L. COHEN

Pursuant to stipulation, IT IS SO ORDERED.

March 23, 2010

_____
Richard Seeborg
United States District Judge