*E-Filed 9/9/10*

1  Duffy Carolan (CA State Bar No. 154988)
　 Michelle D. Fife (CA State Bar No. 240554)
2  DAVIS WRIGHT TREMAINE LLP
　 505 Montgomery Street, Suite 800
3  San Francisco, California 94111
　 Telephone:　(415) 276-6500
4  Facsimile:　(415) 276-6599
　 Email:　duffycarolan@dwt.com
5 　　　　　michellefife@dwt.com

6  Attorneys for Defendant
　 THE MCGRAW-HILL COMPANIES, INC.
7

8  John L. Flegel (CA State Bar No. 57010
　 Dan K. Siegel (CA State Bar No. 160626
9  JORGENSON, SIEGEL,
　 McCLURE & FLEGEL, LLP
10 1100 Alma Street, Suite 210
　 Menlo Park, CA 94025
11 Telephne:　(650) 324-9300
　 Facsimile:　(650) 324-0227

12 Attorney for Plaintiffs
　 GUNNAR CARLSSON and RALPH L. COHEN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| GUNNAR CARLSSON and RALPH L. COHEN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GLENCOE/McGRAW-HILL, a division of THE McGRAW-HILL EDUCATION GROUP OF THE McGRAW-HILL COMPANIES, INC. and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No. C 10 00323 RS<br><br>**STIPULATED REQUEST RE INITIAL CASE MANAGEMENT CONFERENCE** |

1

Stipulated Request Re Initial Case Management Conference　　　　　　　　　　　DWT 15318677v1 3930059-000055
Case No. C 10 00323 RS

It is hereby stipulated by and between the parties in the above referenced action, through their respective counsel of record, that the matter will be set for an initial case management conference on November 4, 2010 at 10:00 a.m.

DATED: September 8, 2010         DAVIS WRIGHT TREMAINE LLP


                                 By : /s/ Duffy Carolan
                                    Duffy Carolan
                                    Attorney for Defendant
                                    The McGraw-Hill Companies, Inc.


DATED: September 8, 2010         JORGENSON, SIEGEL, McCLURE
                                 & FLEGEL, LLP

                                 By: /s/ Nicolas Flegel
                                    Nicolas Flegel
                                    Attorney for Plaintiffs
                                    GUNNAR CARLSSON and
                                    RALPH L. COHEN


IT IS SO ORDERED.

9/8/10

                    Richard Seeborg