*E-Filed 7/15/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

GUNNAR CARLSSON,  
RALPH COHEN,

        Plaintiffs,

  v.

GLENCOE/MCGRAW HILL,

        Defendants.
_____/

No. C 10-00323 RS

**STANDBY ORDER TO SHOW CAUSE**

    The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **August 19, 2011**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **August 25, 2011, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this order may result in dismissal of the case.

    IT IS SO ORDERED.

Dated: 7/15/11

_____  
RICHARD SEEBORG  
UNITED STATES DISTRICT JUDGE